**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Lamonte' Hill, Jr.,                                     Case No. 26-cv-1954 (JMB/DJF)

        Plaintiff,

v.                                                                                      **ORDER**

Anoka County, Minnesota; Brad Wise; and
John Doe Jail Officials 1–10,

        Defendants.

---

**IT IS HEREBY ORDERED THAT:**

1.      Plaintiff Kevin Lamonte' Hill, Jr.'s application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2.      Mr. Hill must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Brad Wise. If Mr. Hill does not complete and return the Marshal Service Form within 30 days of this Order's date, the Court will recommend dismissing the claims against Mr. Wise without prejudice for failure to prosecute. The Court will provide a Marshal Service Form to Mr. Hill.

3.      After Mr. Hill returns the completed Marshal Service Form, the U.S. Marshals Service is directed to effect service of process on Mr. Wise (in his official capacity with Anoka County) consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

4.      The U.S. Marshals Service is also directed to effect service of process on Defendant Anoka County consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

2

Dated: April 20, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

2